

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2015

No. 04-15-00594-CR

Bo Jett Littleton,
Appellant

v.

The State of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10770
Honorable Melisa Skinner, Judge Presiding

## O R D E R

Debra Jimenez's notification of late record is hereby noted. The reporter's record is due not later than December 28, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court